AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Alfredo Fuerte Martinez and Tomas Flores, on behalf of themselves and others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> Brooklyn Granite 88 Inc., Brooklyn Granite II Inc., Brooklyn Granite Cabinets Inc., Brooklyn Granite NY Inc., and Danny Lei <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-CV-620 ENV-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brooklyn Granite 88 Inc. c/o NY Secretary of State, One Commerce Plaza, 99 Washington Avenue - 6th Floor, Albany, NY 12231;

Brooklyn Granite II Inc. c/o NY Secretary of State (same address);
Brooklyn Granite Cabinets Inc. c/o NY Secretary of State (same address);
Brooklyn Granite NY Inc. c/o NY Secretary of State (same address);
Danny Lei, 1351-1353 61st Street, Brooklyn, NY 12219.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cilenti & Cooper, PLLC
60 E. 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: 2/4/2024

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*